UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ERIN MANUEL | JUDGE: DOUGHTY |
| VS. | |
| QUICK TRIP SJ, LLC | MAGISTRATE: McCLUSKY |

---

## COMPLAINT

---

The complaint of ERIN MANUEL, a resident and domiciliary of Ouachita Parish, Louisiana, respectfully represents that:

1.

This complaint is based upon Title VII of the Civil Rights Act of 1964, 42 USC Sec 2000e, as amended, and state law claims pursuant to La. Civil Code Article 2315, LRS 23:301 et seq and LRS 23:631 et seq.  The Court's jurisdiction is thus based upon federal question, 28 USC Sec 1331 and supplemental jurisdiction, 28 USC sec 1367.

2.

Made Defendant herein is Quick Trip SJ, LLC, a Louisiana limited liability company domiciled in and with its principal office in Ouachita Parish, Louisiana.

3.

Plaintiff is a former employee of the Defendant having been hired on April 2, 2021 as a stocker/clerk.

4.

The Defendant is owned by Jaswant Dhillon who operates convenience stores in Ouachita Parish, Louisiana. The Defendant Quick Trip SJ, LLC is believed to be a single member limited liability company and the name of the company under which the stores are operated is "Quick Trip".

5.

Plaintiff began work for the Defendant in April 2021. Soon thereafter she began a consensual sexual relationship with Jaswant Dhillon ("Dhillon"). When Plaintiff learned that Dhillon had no intention of obtaining a divorce from his wife, Plaintiff ended the relationship.

6.

Thereafter, Dhillon, began to insist on Plaintiff renewing the relationship, on a daily basis at work, asking for sexual favors and physically touching her in an offensive manner. Dhillon also asked her to move into his apartment. Plaintiff refused and insisted that the behavior cease, which occurred only when Dhillon's wife became aware of his behavior.

7.

Soon after Plaintiff began working for the Defendant, Summit Sood ("Sood"), her supervisor, found out about her relationship with Dhillon and began his own campaign of sexual harassment including offensive touching, inappropriate remarks and requests for sexual favors. This continued until Plaintiff left her employment.

8.

In June of 2021, Plaintiff was also advised that she would be paid $50,000.00 if she would go to California, marry a relative of Dhillon's and help obtain permanent residency for the relative. This was part and parcel of the hostile work environment.

9.

Plaintiff eventually became so distraught with the treatment at work that she relapsed to alcohol addiction. Sood had retaliated against her as a result of the harassment against her by scheduling her to work when her Alcoholics Anonymous meetings were scheduled. Plaintiff had been clean and sober for approximately 16 months before her relapse and the cause of her relapse was the constant harassment of Dhillon and Sood.

10.

In July, 2021 Plaintiff contracted Covid and upon her return to work, Sood again told her he wanted to have a relationship. When she refused, Sood told her to go home, terminating her employment.

11.

Dhillon then asked her to return to work but Plaintiff knew that he would not stop the harassment by Sood.

12.

Plaintiff was supposed to be paid $9.00 an hour. Sood reduced her pay almost every pay period and at the end of her tenure, she was owed approximately $500.00 to $600.00. Despite amicable demand, the Defendant has failed and refused to pay her the amount owed. Dhillon, promised to pay her the amount owed on numerous occasions but failed to do so.

13.

Plaintiff filed an EEOC complaint and received a notice of right to sue on May 17, 2022.

14.

Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff prays that after due proceedings there be a judgement herein in her favor against the Defendant for the full sum of $100,000.00 compensatory damages, all back pay, the amount of pay deducted from her paychecks improperly, ninety days penalty wages, reasonable attorney's fees and all costs of these proceedings.

/s/ J. Michael Rhymes
J. Michael Rhymes #11212
1005 North Third Street
Monroe, LA 71201
318-388-4500
No fax number
Email: jmrhymes@gmail.com
Attorney for Complainant